(77 South. 999)

ALABAMA CITY, G. & A. RY. CO. v. PEAK. (7 Div. 889.) (Supreme Court of Alabama. Jan. 15, 1918.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. Goodhue & Brindley, of Gadsden, for appellant.

PER CURIAM. Appeal dismissed.

(77 South. 999)

BAXTER et al. v. KING. (4 Div. 730.) (Supreme Court of Alabama. Jan. 24, 1918.) Appeal from Circuit Court, Henry County, in Equity; J. S. Williams, Judge. Farmer & Farmer, of Dothan, for appellee.

PER CURIAM. Appeal dismissed.

(77 South. 999)

BLUE v. FIRST NATIONAL BANK OF ELBA. (4 Div. 761.) (Supreme Court of Alabama. Jan. 22, 1918.) Appeal from Circuit Court, Coffee County, in Equity; A. B. Foster, Judge.

PER CURIAM. The case settled and the cause dismissed. See, also, 200 Ala. 129, 75 South. 577.

(77 South. 999)

Ex parte BRANNON. (6 Div. 719.) (Supreme Court of Alabama. Jan. 24, 1918.) Certiorari to Court of Appeals. Jim Brannon was convicted of vagrancy, appealed, and the judgment was affirmed (76 South. 991), and he applied for certiorari to review such judgment. Writ denied. Allen, Bell & Sadler, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

SOMERVILLE, J. Application of Jim Brannon for certiorari to the Court of Appeals to review and revise the judgment of said court rendered in the cause of Jim Brannon v. State, 76 South. 991. Writ denied.

(77 South. 999)

BRINDLEY v. THORNTON et al. (7 Div. 885.) (Supreme Court of Alabama. Jan. 17, 1918.) Appeal from Chancery Court, Cherokee County; W. W. Whiteside, Chancellor. R. B. Kelly, of Birmingham, and Goodhue & Brindley, of Gadsden, for appellant. Samuel Blackwell, of Albany, O. Kyle, of Decatur, Knox, Acker, Dixon & Sterne, of Anniston, Hugh Reed and R. F. Conner, both of Centre, W. H. Lumpkin, of Cave Springs, Ga., Boykin & Duke, of Gadsden, and S. Holderness, of Carrollton, Ga., for appellees.

PER CURIAM. Cause settled and appeal dismissed.

(77 South. 999)

BUSSEY v. ROBERTS et al. (8 Div. 927.) (Supreme Court of Alabama. Nov. 29, 1917. Rehearing denied Jan. 24, 1918.) Appeal from Law and Equity Court, Morgan County; Thomas W. Wert, Judge. Bill by E. W. Bussey against J. D. Roberts and others. From the decree rendered, plaintiff appeals. Affirmed. E. W. Godbey, of Decatur, for appellant. G. O. Chenault, of Albany, for appellees.

This case having been submitted and con-

sidered under new rule 46 (178 Ala. xix, 65 South. vii) the opinion of the court was delivered by Mr. Justice McCLELLAN:

The bill in this cause was filed by the appellant, a mortgagee, against the mortgagors, and seeks an accounting and a foreclosure of the mortgage. The only issue in the cause is the amount appellees had paid the mortgagee in partial satisfaction of the mortgage debt. Upon reference to the register it was found by him that on the filing of this bill the mortgage debt was $190.58. The questions arising on the issue stated involve controversies of fact only. The whole evidence has been carefully considered. From this consideration, aided by the arguments submitted through the briefs of the respective solicitors, this court is convinced that the decree appealed from was well rendered; and so even if it be assumed that—notwithstanding the affirmative averment of appellant's bill that the payments therein listed were all the payments made on the mortgage debt—the burden of proof to establish other payments on the mortgage debt rested upon the mortgagors. Under the evidence, including an inspection of the original deposit slip certified to this court, it cannot be affirmed that the deposit thereon noted was made on any other date than that evidenced by the deposit slip. The decree is affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(77 South. 999)

Ex parte EHRENSPERGER. (6 Div. 721.) (Supreme Court of Alabama. Jan. 17, 1918.) Certiorari to Court of Appeals. Application by Henry Ehrensperger for certiorari to the Court of Appeals, to review and revise the judgment rendered by that court (77 South. 439) in the case of E. C. Kinney v. Henry Ehrensperger. Writ denied. Emil Ahlrichs, of Cullman, for appellant. A. A. Griffith, of Cullman, for appellee.

McCLELLAN, J. The application of Henry Ehrensperger for certiorari to the Court of Appeals, to review and revise the judgment rendered by that court in the case of E. C. Kinney v. Henry Ehrensperger, 77 South. 439. Writ denied.